JOHN P. DUFFGHE, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Duffghe* v. *Metropolitan Street Ry. Co.*, 109 App. Div. 603, affirmed.
(Argued December 18, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 14, 1905, affirming a judgment in favor of plaintiff entered upon a· verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*J. L. Quackenbush, Bayard H. Ames, Anthony J. Ernest* and *Henry A. Robinson* for appellant.

*George C. De Lacy, William C. Beecher* and *J. Elmer Melick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Not sitting: GRAY, J.